### J. W. WILLIAMS v. J. T. ROBISON, COMMISSIONER, ETC.

No. 1973.    Decided January 19, 1910.

**School Land—Cancellation of Sale—New Purchase.**

One who, his purchase of school land having been canceled by the Land Commissioner for alleged abandonment, makes a second application to purchase and receives an award of the land, can not maintain action to compel the Commissioner to reinstate the first purchase. The latter has no authority to destroy the rights acquired by the State through the new contract.

Original application to the Supreme Court for writ of mandamus requiring the Commissioner of the General Land Office to reinstate petitioner in his purchase of school land which had been canceled by respondent.

*W. B. Crockett* and *D. E. Simmons,* for relator.

*Wm. E. Hawkins,* Acting Attorney-General, and *L. A. Dale,* Assistant, for respondent.

MR. JUSTICE WILLIAMS delivered the opinion of the court.

Relator's first purchase of school land was canceled by the Commissioner for alleged abandonment, whereupon relator, instead of demanding a reinstatement and insisting upon his contract, voluntarily made a second application and received a second award which is in full force. He now asks us to compel the Commissioner to reinstate the former sale. It is quite plain that this can not be done. When relator entered into a new contract of purchase he acquiesced in the cancellation of the old and abandoned his claim under that. The Commisisoner has no authority to destroy the rights of the State which thus arose.

*Mandamus refused.*